

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2024

Nos. 04-24-00341-CV, 04-24-00342-CV, 04-24-00343-CV, 04-24-00345-CV, 04-24-00346-CV,
04-24-00347-CV, 04-24-00348-CV, 04-24-00349-CV, 04-24-00350-CV, 04-24-00351-CV,
04-24-00352-CV, 04-24-00353-CV, 04-24-00354-CV, 04-24-00355-CV

**IN THE MATTER OF E.F.F.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2023JUV01163, 2023JUV01164, 2023JUV01165, 2023JUV01168,
2023JUV01187, 2023JUV01188, 2023JUV01189, 2023JUV01190, 2023JUV01191,
2023JUV01201, 2023JUV01202, 2023JUV01203, 2023JUV01204, 2024JUV00075
Honorable Rose Sosa, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, these appeals are DISMISSED FOR
WANT OF JURISDICTION. No costs of court are taxed in these appeals.

It is so **ORDERED** on July 31, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 31st day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk